**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :    Case No. _____
                              Plaintiff,                         :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
98.14.137.80,                                                    :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

## **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Respectfully submitted,

By:  /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

1