UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:22-cv-02728-JPO
                           Plaintiff,                            :
                                                                 :
           vs.                                                   :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
74.71.3.154,                                                     :
                                                                 :
                           Defendant.                            :
-----------------------------------------------------------------X
```

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Spectrum, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 04/28/2022                    Respectfully submitted,

                                By:  /s/  *Jacqueline M. James*
                                     Jacqueline M. James, Esq. (1845)
                                     The James Law Firm, PLLC
                                     445 Hamilton Avenue
                                     Suite 1102
                                     White Plains, New York 10601
                                     T: 914-358-6423
                                     F: 914-358-6424
                                     E-mail: jjames@jacquelinejameslaw.com
                                     *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

      By:  /s/ *Jacqueline M. James*