UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,
                Plaintiff,

-v-

JOHN DOE subscriber assigned IP address 74.71.3.154,
                Defendant.

22-CV-2728 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Upon consideration of the parties' briefing on Defendant's motion to quash the subpoena and for a protective order to proceed anonymously, the motion is granted in part and denied in part.

    Defendant's motion to quash the subpoena is DENIED.

    Defendant's motion for a protective order is GRANTED.

    It is hereby ordered that:

(1) All documents containing Defendant's name, address, or the names and addresses of any person associated with Defendant must be filed under seal temporarily. Any document filed under seal shall also be sent via email to Chambers the same day as filing. A redacted version of all documents filed under seal must be filed and made publicly available.

(2) Plaintiff shall not otherwise publicize or make known Defendant's identity, address, or the names and addresses of any person associated with Defendant while the case is under seal.

(3) The Clerk of Court shall maintain the caption of this case identifying Defendant as "John Doe subscriber assigned IP address 74.71.3.154."

The Clerk of Court is respectfully directed to close the motion at Docket Number 12.

SO ORDERED.

Dated: August 24, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge